**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|   |   |   |
|---|---|---|
| | : | |
| DEBORAH D. | : | |
| | : | |
| | : | |
| v. | : | |
| | : | NO. 25-CV-5556 |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security | : | |
| | : | |

_____ :

**O R D E R**

AND NOW, this 19th day of May, 2026, it is hereby ORDERED that Claimant's Request

for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

_/s/ Scott W. Reid_

_____

SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE